CJA 23
Rev. 5/98

**FINANCIAL AFFIDAVIT**
**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

| _____ V.S. _____ | FOR _____ | AT _____ |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04M 0'03 RBC
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

---

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: King Faisal Specialist Hospital
IF YES, how much do you earn per month? $ 3,000
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $ 3,000 *

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
VALUE         DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT    $ 5,000   Nissan

**DEPENDENTS**

MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them:
wife - Thikra Tr...tha
son - Mohamed
daughter - Wasn

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | rent | $ | $ 418 |
| | utilities | $ | $ 50 |
| | bank loan | $ 6,000 | $ 1,100 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.   Executed on (date) 1/5/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Essem [signature]

*also approx $1,000 in US + Saudi currency seized by agents