AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Essam Al Mohandis

**EXHIBIT AND WITNESS LIST**

Case Number: 04mj0403 RBC

| PRESIDING JUDGE<br>Collings, USMJ | PLAINTIFF'S ATTORNEY<br>Greg Moffatt, AUSA | DEFENDANT'S ATTORNEY<br>Miriam Conrad |
|---|---|---|
| TRIAL DATE (S)<br>1/8/04 | COURT REPORTER<br>CD | COURTROOM DEPUTY<br>Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 1/8/04 | | | Wayne A. Daye, Special Agent - Immigration & Customs |
| 1 | | 1/8 | yes | yes | Criminal Complaint & Affidavit |
| 2 | | 1/8 | yes | yes | Picture of devices found on deft. |
| 3 | | 1/8 | yes | yes | Picture of devices with ruler |
| | 4 | 1/8 | yes | yes | Deft's visa |
| | 5 | 1/8 | yes | yes | Dictionary definition of "wick" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages