AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____ MASSACHUSETTS _____

USA

V.

Essam Al Mohandis

**EXHIBIT AND WITNESS LIST**

Case Number: 04mj0403 RBC

| PRESIDING JUDGE Collings, USMJ | PLAINTIFF'S ATTORNEY Greg Moffatt, AUSA | DEFENDANT'S ATTORNEY Miriam Conrad |
|---|---|---|
| TRIAL DATE (S) 1/9/04 Detention Hearing | COURT REPORTER CD | COURTROOM DEPUTY Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | Direct | 1/9/04 | | | Andy Pebehouse, Staff Investigator - Fed. Defender's Office |
| | 6 | 1/8 | yes | yes | Internal Memo |
| | 7 | 1/9 | yes | yes | Letter from Ahmed Al Thumairi, M.E. |
| | 8 | 1/9 | yes | yes | Letter from Zeyad I. S. Al-Ehaideb |
| | 9 | 1/9 | yes | yes | Letter signed by several colleagues |
| | 10 | 1/9 | yes | yes | Letter from Nasser M. Qahtani |
| | 11 | 1/9 | yes | yes | Letter from Yousef Almohandis |
| | 12 | 1/9 | yes | yes | Letter from Mohammad Almohandis |
| | 13 | 1/9 | yes | yes | Letter from Ossama Abbay Abdelbadie |
| | 14 | 1/9 | yes | yes | Letter from Eng. Rami Abu al jadyel |
| | 15 | 1/9 | yes | yes | Letter from Waleed Hakeem |
| | 16 | 1/9 | yes | yes | Letter from Mohammed Hassan Eshmawi |
| | 17 | 1/9 | yes | yes | Transportation Security Administration's Prohibited Items List |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages