UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ESSAM MOHAMMED ALMOHANDIS )<br>) | Criminal No. 04-10004-PBS<br><br>49 U.S.C. §46505(b)(3)<br>(Carrying explosive or incendiary device on aircraft);<br>18 U.S.C. § 1001(a)(2)<br>(False statements) |

## INDICTMENT

**COUNT ONE:**   49 U.S.C. § 46505(b)(3) -- Carrying explosive or incendiary device on aircraft

The Grand Jury charges that:

On or about January 3, 2004, at Boston, in the District of Massachusetts,

ESSAM MOHAMMED ALMOHANDIS,

defendant herein, had on or about his person on an aircraft, or did place or cause to be placed on an aircraft, to wit, Lufthansa flight 422 from Frankfurt, Germany, to Boston, Massachusetts, three explosive or incendiary devices.

All in violation of 49 U.S.C. §46505(b)(3).

**COUNT TWO**:   18 U.S.C. § 1001(a)(2) -- False Statements

The Grand Jury further charges that:

On or about January 3, 2004, at Boston, in the District of Massachusetts,

ESSAM MOHAMMED ALMOHANDIS,

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious or fraudulent statements or representations, to wit, that three explosive or incendiary devices in his possession were artist's crayons or pens, in violation of 18 U.S.C. §1001(a)(2).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; January 13, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
1-13-04 at 2:48 PM