# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                CRIMINAL NO. 2004-10000-

ESSAM MOHAMMED ALMOHANDIS.

## *ORDER STAYING ORDER SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

    It is ORDERED that the Order Setting Conditions of Release entered this date, be and the same hereby is, STAYED until *the close of business on Thursday, January 15, 2004* in order to permit the Government to present a motion pursuant to 18 U.S.C. § 3145(a)(1) (review of release order) to the District Judge to whom this case is assigned.  If such a motion is filed by the close of business on January 15th, the stay shall continue in force until the District Judge decides the motion.  If no such motion is filed, a release hearing

shall be held before the undersigned on *Friday, January 16, 2004 at 9:30 A.M.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 13, 2004.