# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                              CRIMINAL NO. 2004-10004-PBS

ESSAM MOHAMMED ALMOHANDIS.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

    The above-listed defendant was arraigned before me on January 13, 2004.  Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998.  Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on January 13, 2004.

Counsel are ORDERED to appear for an Initial Status Conference on <u>*THURSDAY, FEBRUARY 26, 2004 AT 3:00 P.M.*</u> at Courtroom #14 (5th floor), United States Courthouse, Boston, Massachusetts before the undersigned.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 13, 2004.

Case 1:04-cr-10004-PBS    Document 11    Filed 01/14/2004    Page 3 of 3