UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-10004-PBS |
| v. | ) | |
| | ) | |
| ESSAM MOHAMMED ALMOHANDIS | ) | |

**GOVERNMENT'S MOTION TO FILE A MOTION
IN EXCESS OF TWENTY PAGES**

The United States, by and through the United States Attorney, respectfully moves pursuant to Local Rule 7.1(B)(4), to file a "Speaking" Motion For Revocation Of Order Of Release which is in excess of twenty pages. As grounds therefor, the government states as follows:

1. The arguments are detailed and fact-bound. The government has attempted to provide the Court with a full discussion of the relevant facts and law.

2. No argument has been advanced which the undersigned attorney for the government did not believe would be of assistance to the Court in resolving the Motions.

WHEREFORE, good cause having been shown, the government respectfully moves the Court to allow it to file a Motion which

exceeds twenty pages in length.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:_____
                        GREGORY MOFFATT
                        BRIAN T. KELLY
                        Assistant U.S. Attorneys
                        (617) 748-3370

January 15, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by telecopier, hand delivery and by electronic mail:

        Miriam Conrad, Esq.
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02210

This 15th day of January 2004.

                          _____
                          GREGORY MOFFATT
                          ASSISTANT UNITED STATES ATTORNEY