

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

February 3, 2004

**By Hand Delivery**

Miriam R. Conrad, Esq.
Federal Defender Office
408 Atlantic Avenue, 3rd Fl.
Boston, MA 02210

> Re: **United States v. Essam Mohammed Almohandis,**
> **Criminal No. 04-10004-PBS**

Dear Miriam:

Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government has previously provided, or provides herewith, the following automatic discovery in the above-referenced case:

A.   Rule 16 Materials[1]

4.   Reports of Examinations and Tests under Rule 16 (a)(1)(D)

Enclosed are the following documents:
A.   Final report by Thomas J. Monhal, F.B.I. Explosives Unit (US.EMA.215-216);
B.   Final Report by Daniel M. Hickey, F.B.I. Explosives Unit (US.EMA.213-214);
C.   Curriculum vitae of Massachusetts State Trooper Timothy R. Murray (US.EMA.210-212).

You have previously been provided with curriculum vitaes for Messrs. Monhal and Hickey. Enclosed please find Bates-stamped copies. (US.EMA.239-247). You have also previously been provided with the report of the Massachusetts State Police containing the

---

[1]   The Outline structure employed in the Initial discovery letter dated January 27, 2003 is employed in this letter as well.

findings of Trooper Murray. (US.EMA.044-045, 047).

B.     Search Materials under Local Rule 116.1(C)(1)(b)

An inventory search was conducted of the Defendant's backpack January 3, 2004. Enclosed at (US.EMA.220) is an inventory of two pieces of evidence seized during that search, and describing those two items seized during that search. (US.EMA.221). Photocopies of those items are attached at (US.EMA 222-238).

F.     Identifications under Local Rule 116.1(C)(1)(f)

The Defendant was not the subject of an investigative identification procedure used with a witness the government anticipates calling in its case-in-chief involving a line-up, show-up, photo spread or other display of an image of the Defendant.

In addition to reports previously provided to you, several members of the flight crew and flight attendants on Lufthansa Flight 422 for January 3, 2004 were shown a photograph of the Defendant. (US.EMA.217-220). At present, the government does not anticipate calling any of those individuals as a witness in its case-in-chief.

One additional flight attendant from Lufthansa Flight 422 identified the Defendant from a photograph he was shown. (US.EMA.220). At present, the government does not anticipate calling that individual as a witness in its case-in-chief.

G.     Exculpatory Evidence Under Local Rule 116.2(B)(1)

With respect to the government's obligation under Local Rule 116.2(B)(1) to produce "exculpatory evidence" as that term is defined in Local Rule 116.2(A), the government states as follows:

6.     No named percipient witness failed to make a positive identification of a defendant with respect to the crimes at issue. As set forth above in Section F, some members of the flight crew and flight attendants of Lufthansa Flight 422 from January 3, 2004 who were shown a photograph of the Defendant did not recognize him. Those individuals include: Maria DeG. Wilhelm, Domenichelli Martina and Marlen Barsig. (US.EMA.217-219). At present, the government does not anticipate calling any of those individuals as a witness in its case-in-chief.

H.     Other Matters

The government provides herewith Giglio responses from the Federal Bureau of Investigation and the Massachusetts State Police regarding potential witnesses who are employed

2

by those two agencies. The government awaits further disclosures from the F.B.I. regarding Messrs. Monhal and Hickey, as well as disclosures from Immigration and Customs Enforcement and the U.S. Customs and Border Protection, and will pass them on to you as soon as they are received.

Please call the undersigned Assistant U.S. Attorney if you have any questions.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

enclosures

cc:   Ms. Gina Affsa
      Clerk to the Honorable Robert B. Collings
      (w/o enclosures)