UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Criminal No. 04-10004-PBS |
| **v.** ) | |
| ) | |
| **ESSAM MOHAMMED ALMOHANDIS** ) | |

**GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY**

Pursuant to the Fed. R. Crim. P. 16(a)(1)(G), the government hereby discloses a written summary of the testimony of Massachusetts State Police Trooper Timothy R. Murray, a hazardous devices technician and explosives expert who will testify at trial. With respect to the substance of Trooper Murray's testimony, he will testify regarding his examination of the three incendiary devices alleged to have come from the defendant's backpack. Furthermore, Trooper Murray performed a test of both the material in the pink-colored wick of one of the incendiary devices, and the incendiary compound within the cardboard tube of that same incendiary device. He will testify that the three devices are "incendiary devices," for purposes of 49 U.S.C. § 46505(b)(3) and 18 U.S.C. § 232(5). The basis for Trooper Murray's opinion is his familiarity with explosives and incendiary devices garnered from more than ten years' experience with the Massachusetts State Police and his work as a hazardous devices technician, which he has performed since 1997. Since then he has examined hundreds of incendiary and explosive devices, and has previously testified as an expert. Defendant's counsel has previously received Trooper Murray's curriculum vitae and the Massachusetts State Police Incident report containing his finding as the result of the tests he conducted on January 3, 2004.

Additionally, the government hereby discloses the expert testimony of Supervisory

Special Agent Thomas J. Mohnal, an Explosives and Hazardous Devices Examiner employed in the Explosives Unit of the Federal Bureau of Investigation's facility at Quantico, Virginia. Special Agent Mohnal will testify regarding his examination of the three incendiary devices alleged to have come from the defendant's backpack. Furthermore, Special Agent Mohnal performed a test of one of the incendiary devices. He will testify that the three devices are pyrotechnic devices, and that they meet the definition of "incendiary devices," for purposes of 49 U.S.C. § 46505(b)(3) and 18 U.S.C. § 232(5). He will further testify that the devices constitute "hazardous materials" not permitted on aircraft for the purposes of 49 U.S.C. § 46312(a) and 49 C.F.R. § 172.101. The basis for Special Agent Mohnal's opinion is his familiarity with explosives and incendiary devices garnered from more than twenty-four years' experience with the Federal Bureau of Investigation, including his work as a Special Agent since 1985, and his work as a hazardous devices examiner, which he has performed since 1982, with the exception of the years 1985 until 1989. Since then he has conducted thousands of examinations incendiary and explosive devices, and has previously testified as an expert in various federal and state courts. Defendant's counsel has previously received Special Agent Mohnal's curriculum vitae and the Federal Bureau of Investigation report dated January 22, 2004 containing his findings with respect to the three incendiary devices.

Additionally, the government discloses the expert testimony of Daniel M. Hickey, a chemist/examiner employed in the Explosives Unit of the Federal Bureau of Investigation's facility at Quantico, Virginia. Mr. Hickey specializes in explosives residue analysis and chemical analysis of bulk explosive material. Mr. Hickey will testify regarding his chemical analysis of the three incendiary devices alleged to have come from the defendant's backpack.

Mr. Hickey conducted his analysis by means of visual examination, optical microscopy, polarized light microscopy, scanning electron microscopy with energy dispersive x-ray analysis, and x-ray powder diffraction. He will testify that the chemical make-up of three devices is consistent with a type of incendiary device. The basis for Mr. Hickey's opinion is his familiarity with explosives and incendiary devices garnered from more than seventeen years experience with the Federal Bureau of Investigation, including his work as a Special Agent from 1986 to 1996, and his work as an examiner, which he has performed since 1996. He has previously testified as an expert in federal and state courts. Defendant's counsel has previously received Mr. Hickey's curriculum vitae and the Federal Bureau of Investigation report dated January 21, 2004 containing his findings with respect to the three incendiary devices.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Gregory Moffatt
       GREGORY MOFFATT
       Assistant U.S. Attorney
       617-748-3370

DATE: February 9, 2004

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant, Miriam R. Conrad, Esq. by hand to the Federal Defender box maintained at the United States Attorney's reception area, and by electronic filing, on February 9, 2004.

        /s/ Gregory Moffatt
        GREGORY MOFFATT
        Assistant U.S. Attorney