UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM ALMONHANDIS ) | |

### DEFENDANT'S MOTION FOR COURT ORDER RE: ACCESS TO AIRPORT

Defendant, Essam AlMohandis, hereby moves that the court order the U.S. Bureau of Customs and Border Protection, Transportation Security Administration, and Massachusetts Port Authority, to permit him, his attorney, and a defense investigator to visit and photograph the arrival area of the international terminal at Logan Airport, including the "secondary inspection area", the Supervisor's Office, and the CBP search room. As grounds for this motion, defendant states that access to this area is necessary to preparation of the case. A proposed form of order is attached hereto.

ESSAM ALMOHANDIS
By his attorney,

Miriam Conrad
   B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 5, 2004.

Miriam Conrad