```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | CRIMINAL NO. 04-10004-PBS |
| v. | ) | |
|  | ) | |
| ESSAM MOHAMMED ALMOHANDIS | ) | |

### GOVERNMENT'S WITNESS LIST

The government anticipates calling some or all of the following witnesses in its case-in-chief in the above-captioned criminal matter.  The government reserves the right to supplement this witness list:

1. Sergeant William Barrett (ID # 0577)
   Massachusetts State Police
   470 Worcester Road
   Framingham, MA 01702

2. Inspector William Corbin
   U.S. Customs and Border Protection
   10 Causeway Street, Suite 879
   Boston, MA 02222-1055

3. Special Agent Edmund G. Cronin
   Federal Bureau of Investigation
   One Center Plaza, Suite 600
   Boston, MA 02108

4. Inspector Michael Cunningham
   U.S. Customs and Border Protection
   10 Causeway Street, Suite 879
   Boston, MA 02222-1055

5. Special Agent Gus DaCunha
   Immigration and Customs Enforcement
   J.F.K. Federal Building, Room 425
   Boston, MA 02203

6. Special Agent Wayne Day
   Immigration and Customs Enforcement
   J.F.K. Federal Building, Room 425
   Boston, MA 02203

7. Senior Special Agent Colleen Forgetta
   Immigration and Customs Enforcement
   J.F.K. Federal Building, Room 425
   Boston, MA 02203

8. Special Agent M. David Habich
   Federal Bureau of Investigation
   One Center Plaza, Suite 600
   Boston, MA 02108

9. Examiner Daniel M. Hickey
   Federal Bureau of Investigation Laboratory
   Explosives Unit
   2501 Investigation Parkway
   Quantico, VA 22135

10. Special Agent Gregory T. Hughes
    Federal Bureau of Investigation
    One Center Plaza, Suite 600
    Boston, MA 02108

11. Inspector Peter Mailloux
    U.S. Customs and Border Protection
    10 Causeway Street, Suite 879
    Boston, MA 02222-1055

12. Special Agent Michael P. McCall
    Federal Bureau of Investigation
    One Center Plaza, Suite 600
    Boston, MA 02108

13. Supervisory Special Agent Thomas J. Mohnal
    Federal Bureau of Investigation Laboratory
    Explosives Unit
    2501 Investigation Parkway
    Quantico, VA 22135

    14.    Trooper Timothy R. Murray
          Massachusetts State Police
          470 Worcester Road
          Framingham, MA 01702

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Gregory Moffatt
     GREGORY MOFFATT
     BRIAN T. KELLY
     Assistant U.S. Attorneys
February 13, 2004      (617) 748-3370

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery and by electronic mail:

      Miriam Conrad, Esq.
      Federal Defender Office
      408 Atlantic Avenue, 3rd Floor
      Boston, MA 02210

This 13th day of February 2004.

  /s/ Gregory Moffatt
GREGORY MOFFATT
Assistant U.S. Attorney