```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )   CRIMINAL NO. 04-10004-PBS
        v.                    )
                              )
ESSAM MOHAMMED ALMOHANDIS     )
```

**GOVERNMENT'S EXHIBIT LIST**

The government anticipates introducing some or all of the following exhibits in its case-in-chief in the above-captioned criminal matter. The government reserves the right to supplement this exhibit list, and anticipates supplementing this list with one or more photographs taken in and around the International Arrivals Hall At Logan International Airport:

1. Passport issued by the Kingdom of Saudi Arabia in the name of Essam Mohammed Y. Almohandis, bearing passport No. E715381.

2. Lufthansa Airlines ticket issued in the name of Essam Mohammed Almohandis for travel beginning January 3, 2004.

3. Customs Declaration, Cusotms Form 6059B, executed by Essam Moh'd Al-mohandis on January 3, 2004.

4. 3 yellow cylindrical objects, each approximately 1.5 inches in length, bearing the alphanumeric designation "K0201."

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                         By:   /s/ Gregory Moffatt
                                    GREGORY MOFFATT
                                    BRIAN T. KELLY
                                    Assistant U.S. Attorneys

February 13, 2004                     (617) 748-3370

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery and by electronic mail:

        Miriam Conrad, Esq.
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02210

This 13th day of February 2004.


                                    /s/ Gregory Moffatt
                                  GREGORY MOFFATT
                                  Assistant U.S. Attorney