UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10004-PBS |
| | ) | |
| ESSAM ALMONHANDIS | ) | |

DEFENDANT'S MOTION FOR COURT ORDER RE: FOREIGN WITNESSES

Defendant, Essam AlMohandis, hereby moves that the court order the U.S. Bureau of Customs and Border Protection and/or Bureau of Immigrations and Customs Enforcement to grant advance parole status and to issue a Form I-512, pursuant to 8 C.F.R. 212.5 and U.S.C. § 1182(d)(2), to the following persons:

1) Saoud Al-Rayhan, Date of Birth ("DOB") 3/6/54

2) Trifha Al-Rayhan, DOB 6/3/78

3) Musaid Al-Rayhan, DOB 9/6/54

4) Wasan Al-Mohandis, DOB 12/29/03

5) Mohammed Al-Hayan, DOB 7/27/75

6) Hayla Al-Marzook, DOB 6/28/76

7) Ibrahim Al-Kolaissi, DOB 2/9/70

8) Osama Abbas, DOB 8/24/58.

Defendant further moves that this court order that the U.S. Marshals pay the costs of transportation for these individuals from Saudi Arabia to the United States and that the Marshals pay for lodging while they are here.

As grounds for this motion, undersigned counsel submits that Trifha Al-Rayhan, Saoud Al-Rayhan, Hayla Al-Marzook, Mohammed Al-Hayan, and Osama Abbas[1] are all potential defense witnesses in this case. See affidavit of counsel, filed separately under seal. In addition, under Saudi law, women may not leave the country unless they are accompanied by a male member of their family. Therefore, it is necessary that Trifha Al-Rayhan's father, Musaid, be permitted to escort her and that Hayla Al-Marzook's husband, Ibrahim be permitted to accompany her. Finally, undersigned counsel submits that Trifha Al-Rayhan should be permitted to bring her newborn baby, Wasan, with her.

Defendant has been found to be indigent in this matter. The potential witnesses have all stated a willingness to appear. A subpoena will be served on each after arrival.

Unless advanced parole status is granted, the witnesses would have to seek visas, a lengthy process. Under the circumstances, it is far from certain that visas would be granted. Furthermore, visas would presumably permit a six-month stay in the U.S. The parole sought by this motion would permit the witnesses to remain in the U.S. only so long as is necessary for appearance at the trial of this case. Indeed, 8 C.F.R.

---

[1] Because Mr. Abbas is a Canadian citizen, he may be able to travel to the U.S. freely. Undersigned counsel seeks advance parole, however, in the event that a problem should arise.

212.5(b)(4) specifically contemplates parole for witnesses to appear at court proceedings.

If the witnesses are unable to come to the U.S., undersigned counsel would have to seek foreign depositions under Fed. R. Crim. P. 15. This would unnecessarily delay the trial of this case, result in great expense and inconvenience to the parties, and would be contrary to the interests of justice.

A proposed form of order is attached hereto.

        ESSAM ALMOHANDIS
        By his attorney,

        Miriam Conrad
          B.B.O. # 550223
        Federal Defender Office
        408 Atlantic Ave. 3rd Floor
        Boston, MA 02210
        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 11, 2004.

        Miriam Conrad

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                     ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM ALMONHANDIS         ) | |

<u>COURT ORDER RE: ADVANCED PAROLE STATUS</u>

The Court hereby orders the U.S. Bureau of Customs and Border Protection and/or Bureau of Immigrations and Customs Enforcement to grant advance parole status and to issue a Form I-512, pursuant to 8 C.F.R. 212.5 and U.S.C. § 1182(d)(2), to the following persons:

1) Saoud Al-Rayhan, Date of Birth ("DOB") 3/6/54

2) Trifha Al-Rayhan, DOB 6/3/78

3) Musaid Al-Rayhan, DOB 9/6/54

4) Wasan Al-Mohandis, DOB 12/29/03

5) Mohammed Al-Hayan, DOB 7/27/75

6) Hayla Al-Marzook, DOB 6/28/76

7) Ibrahim Al-Kolaissi, DOB 2/9/70

8) Osama Abbas, DOB 8/24/58

In support of this order, the court finds that the appearance of these individuals is necessary to the trial of the instant case.

Date:_____                    _____
                                          Patti B. Saris
                                          United States District Judge