UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM M. AL-MOHANDIS    ) | |

DEFENDANT'S MOTION TO PRECLUDE REFERENCES TO
"JOINT TERRORISM TASK FORCE" OR "HOMELAND SECURITY"

Defendant, Essam M. Al-Mohandis, respectfully moves that this court prohibit the prosecutor or government witnesses from referring to agents involved in this case as employees of the "Joint Terrorism Task Force," "Department of Homeland Security," "Counter-Terrorism" unit or squad, or any similar entity.

As grounds for this motion, defendant states that this case does not involve any allegations or evidence of terrorist activity. References to agencies that are assigned to investigate terrorism would expose the jury to highly prejudicial and non-probative information, and would be likely to result in improper speculation. Such references therefore would violate Fed. R. Ev. 403.

Furthermore, defendant moves that government witnesses proffered as experts be prohibited from mentioning their past work investigating specific instances of terrorist activity. For example, Thomas Mohnal, one of the government's experts, includes

in his list of past experience his work on a number of terrorist attacks, including the 1993 World Trade Center bombing, the 1998 U.S. Embassy bombing in Kenya, and the investigation of the 9/11/01 crash of Flight #77 into the Pentagon.  References to these horrible past instances of terrorism can only serve to arouse strong feelings in the jury and serve no legitimate purpose.  Mr. Mohnal's qualifications can be adequately described through descriptions of his training and the length of his experience, without reference to the specific nature of the events or their possible connections to terrorism.  Undersigned counsel does not anticipate that she will object to Mr. Mohnal being qualified as an expert.

ESSAM M. AL-MOHANDIS
By his attorney,

*/s/ Miriam Conrad*

Miriam Conrad
   B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

   I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 11, 2004.

*/s/ Miriam Conrad*
Miriam Conrad
