```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                              |                            |
|------------------------------|----------------------------|
| UNITED STATES OF AMERICA     | )                          |
|                              | )                          |
| v.                           | ) CRIMINAL NO. 04-10004-PBS |
|                              | )                          |
| ESSAM ALMOHANDIS,            | )                          |
|         Defendant.           | )                          |

**ORDER REGARDING WITNESSES**

February 12, 2004

Saris, U.S.D.J.

    This Court scheduled a trial for February 23, 2004 and the trial may last two weeks. The defense intends to call several witnesses whose testimony is relevant, necessary and exculpatory. Defendant argues that federal regulations permit aliens to enter the country to testify at trial. See 8 C.F.R. §212.5(b)(4) governing parole of aliens who will be witnesses at judicial proceedings.

    These witnesses reside in Saudi Arabia. Two people on this list are males who are not witnesses, but I'm told it is necessary for males to accompany the female witnesses because of the law of Saudi Arabia. One person is the infant child of a witness.

    By this Order, the Court hereby advises the Department of Homeland Security that the following individuals will be

necessary for the trial:

1. Saoud Al-Rayhan, Date of Birth ("DOB") 3/6/54
2. Trifha Al-Rayhan, DOB 6/3/78
3. Musaid Al-Rayhan, DOB 9/6/54
4. Wasan Al-Mohandis, DOB 12/29/03
5. Mohammed Al-Hayan, DOB 7/27/75
6. Hayla Al-Marzook, DOB 6/28/76
7. Ibrahim Al-Kholifi, DOB 2/9/70
8. Ossama Abbass, DOB 8/24/58

I am requesting that the applications for entry filed by these witnesses be expedited so that the trial can go forward as scheduled.

**S/PATTI B. SARIS**
United States District Judge