UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No. 04-10004-PBS |
| ) | |
| ) | |
| **ESSAM MOHAMMED ALMOHANDIS** ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO PRECLUDE REFERENCES TO
"JOINT TERRORISM TASK FORCE" OR "HOMELAND SECURITY"

The government hereby opposes in part the Defendant's Motion To Preclude References To "Joint Terrorism Task Force" Or "Homeland Security," filed on February 11, 2004.

The government will instruct its witnesses not to refer to the Joint Terrorism Task Force or to the witnesses' work in counter-terrorism, unless that door is opened during cross-examination.

There is no reason to preclude agents who work within the Department of Homeland Security from referring to the Executive Department for which they work.  It is not typical for a Special Agent of the Federal Bureau of Investigation to testify that he or she works within the Department of Justice, and the government does not anticipate asking questions designed to elicit references to the Department of Homeland Security.  That being acknowledged, the terms "Department of Homeland Security" or "homeland security" may come up, and there simply is no cause to preclude them.

1

Finally, as the undersigned stated in open Court at the Final Pretrial Conference last week, the government will direct its experts not to refer to specific terrorist bombings or plots they have investigated, unless the area is opened through cross-examination.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY


                    By:   /s/ Gregory Moffatt
                          GREGORY MOFFATT
                          Assistant U.S. Attorney
                          (617) 748-3370
DATED: February 17, 2004

## CERTIFICATE OF SERVICE

I, Gregory T. Moffatt, Assistant U.S. Attorney, do hereby certify that I have this day served the copy of the foregoing by hand delivery and electronic filing, to Miriam R. Conrad, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210, this 17th day of February 2004.

                              /s/ Gregory Moffatt
                              GREGORY MOFFATT
                              Assistant U.S. Attorney