UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10004-PBS |
| | ) | |
| ESSAM ALMONHANDIS | ) | |

COURT ORDER RE: ACCESS TO AIRPORT

The Court hereby orders the U.S. Bureau of Customs and Border Protection, Transportation Security Administration, Massachusetts Port Authority, and any other agencies having control of the arrival area of the Logan Airport's international terminal, to permit attorney Miriam Conrad, defense investigator Andy Pevehouse, and defendant Essam AlMohandis, to visit and inspect the arrival area, including but not limited to the "secondary inspection area", the Supervisor's Office, and the CBP search room. It is further ordered that Ms. Conrad and/or Mr. Pevehouse be permitted to photograph these areas, PROVIDED that no photographs taken during this visit shall be disseminated without prior approval of the court, except as necessary for processing the photographic film.

Date: 2/10/04

Patti B. Saris
United States District Judge

*Any photographs filed in court shall be sealed.*

pbs