UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM M. AL-MOHANDIS    ) | |

ASSENTED-TO MOTION TO AMEND RELEASE CONDITIONS

Defendant, Essam Al-Mohandis, moves that this court amend his conditions of release to allow him to move to a new residence, located at 204 Warren Street, Roxbury.

As grounds for this motion, defendant states that the rent for the Roxbury residence is less than half of that of his current residence. Pretrial Services Officer Christopher Wylie has visited the Warren Street location, a rooming house, and has stated that it is an acceptable residence for Mr. Al-Mohandis. If the court allows this motion, a private phone and an electronic monitor will be installed before Mr. Al-Mohandis relocates.

Assistant U.S. Attorney Gregory Moffatt and Pretrial Services Officer Christopher Wylie have stated that they assent to this motion.

ESSAM AL-MOHANDIS
By his attorney,

Miriam Conrad
   B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

*[Handwritten margin note: 2/10/04 Allowed Paul B Sans / Paul B Sans]*

CERTIFICATE OF SERVICE

    I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt and upon Pretrial Services Officer Christopher Wylie by delivery on February 9, 2004.

                                                Miriam Conrad