```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No.  04-10004-PBS
                              )
ESSAM MOHAMMED ALMOHANDIS     )
                              )
                              )
_____)
```

### JOINT MOTION TO FILE JURY INSTRUCTIONS AND TRIAL BRIEFS ONE DAY LATE

The parties hereby move the Court to permit each party to file Proposed Jury Instructions and Trial Briefs on February 20, 2004, one day late. As grounds therefor, the parties state as follows:

1. The case is on an expedited track, and trial is currently scheduled for February 23, 2004. In conformity with the Court's Order Regarding Witnesses dated February 12, 2004, counsel for the parties have given their best efforts to cooperate in expediting the parole of three foreign defense witnesses and an escort for a defense witness into the United States for the trial, to accommodate the Defendant's needs to view and photograph secure areas of Logan International Airport while accommodating the government's concerns regarding dissemination of those photographs, to provide expert reports, summaries and curricula vitae on an expedited

      time frame, and to attend to various other matters relating to the trial.

2. As a result of these efforts, some of which are unusual in criminal cases, counsel for the parties find that they have not been able to prepare proposed jury instructions and trial briefs by the close of business on January 19, 2004.[1]

WHEREFORE, good cause having been shown, the parties jointly request one additional day in which to file Trial Briefs and Proposed Jury Instructions.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN,<br>United States Attorney,<br>By: | ESSAM MOHAMMED ALMOHANDIS,<br>By His Attorney, |
| /s/ Gregory Moffatt<br>GREGORY T. MOFFATT<br>Assistant U.S. Attorney<br>(617)748-3370 | /s/ Miriam R. Conrad<br>MIRIAM R. CONRAD, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>(617)223-8061 |

DATE:   February 19, 2004

---

[1] Defendant has previously filed Proposed voir dire questions, and requests the right to address the issue further before jury selection begins. The government has no objection to the voir dire questions proposed by the Court.