UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10004-PBS |
| | ) |
| ESSAM M. AL-MOHANDIS | ) |

<u>STIPULATION</u>

The United States and defendant, Essam M. Al-Mohandis, stipulate and agree that Mr. Al-Mohandis flew to the United States on January 3, 2004. Mr. Al-Mohandis is a biomedical engineer and came to the United States in order to attend a week-long training program at MJ Research, Inc., in Waltham, MA on the maintenance and repair of equipment used in DNA research. This business trip was arranged in advance by MJ Research and Mr. Al-Mohandis's employer, King Faisal Specialist Hospital and Research Center, in Riyadh, Saudi Arabia. Mr. Al-Mohandis, who is a citizen of Saudi Arabia, had a valid visa from the U.S. State Department to travel to the U.S. for this business trip. MJ Research made hotel reservations for him at the Summerfield Suites Hotel in Waltham.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL J. SULLIVAN, | ESSAM MOHAMMED ALMOHANDIS, |
| United States Attorney, | By His Attorney, |
| By: | |
| | |
| /s/ Gregory Moffatt | /s/ Miriam R. Conrad |
| GREGORY T. MOFFATT | MIRIAM R. CONRAD, ESQ. |
| Assistant U.S. Attorney | Federal Defender Office |
| (617)748-3370 | 408 Atlantic Avenue, 3rd Floor |
| | Boston, MA 02210 |
| | (617)223-8061 |
| DATE:   February 19, 2004 | |