UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>)<br>**ESSAM MOHAMMED ALMOHANDIS** ) | Criminal No. 04-10004-PBS |

**GOVERNMENT'S MOTION IN LIMINE
TO PRECLUDE USE OF CD VIDEO SEGMENTS
PURPORTEDLY DEPICTING DEFENDANT'S HOME IN SAUDI ARABIA**

The government hereby moves to preclude Defendant from showing to the jury three video clips contained within a recordable compact disc. Copies of these video clips, identified as ESSAM1.mpg (a 10 minute and 22 second segment) and ESSAM2.mpg (a 12 minute and 33 second segment broken into two parts), are filed to accompany this Motion. Defendant's counsel has indicated to the undersigned that the defense will seek to introduce one or more parts of these video clips as part of the defense. After reviewing the clips, there is no material which is relevant to the charges in the Indictment. It is not admissible

1

under Fed. R. Evid. 402. Even if it were somehow relevant, it should be excluded under Fed. R. Evid. 403 as it would waste time.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

By: _____
     GREGORY MOFFATT
     Assistant U.S. Attorney
     (617) 748-3370

DATED: February 18, 2004

CERTIFICATE OF SERVICE

    I, Gregory T. Moffatt, Assistant U.S. Attorney, do hereby certify that I have this day served the copy of the foregoing by hand delivery and electronic filing, to Miriam R. Conrad, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210, this 18th day of February 2004.

_____
GREGORY MOFFATT
Assistant U.S. Attorney

2