UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM M. AL-MOHANDIS ) | |

### DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendant, Essam M. Al-Mohandis, makes the following disclosure regarding expert witnesses. Defendant may call as an expert witness in his case-in-chief Roger Schneider, Ph.D. Dr. Schneider's resume is attached hereto.

Dr. Schneider will testify that, based upon his knowledge and experience as a trained scientist, with a Ph.D. in physical inorganic chemistry, with minors in physics and mechanical engineering, as well as his work as a designer of pyrotechnics, the three small firecrackers seized from the defendant's backpack are not "incendiary devices," within the common, scientific, and statutory meanings of that term. That is, they are not designed to cause or set a widespread fire. Firecrackers, to the contrary, are not designed to have an incendiary effect. Nor are these items "incendiary bombs or grenades," or "firebombs." They are not similar to incendiary bombs and do not have a wick.

Dr. Schneider is of the opinion that a firecracker of the type seized in this case has less potential to ignite surrounding

materials than a kitchen match, which burns for a much longer period than a firecracker.

Dr. Schneider bases his opinions on his review of pertinent discovery in this case, including photographs, his contact with the manufacturer of similar or identical items, and his knowledge and expertise in the field.

                                      ESSAM AL-MOHANDIS
                                      By his attorney,

                                      Miriam Conrad
                                          B.B.O. # 550223
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02210
                                      Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 17, 2004.

                                        Miriam Conrad

RÉSUMÉ

# Roger Louis Schneider, Ph.D.

Consultant and Contract Researcher in Energetic and other Hazardous Materials
Accident Investigator

*Co-owner and President of,*

**RHO SIGMA ASSOCIATES, INCORPORATED**
4906 N. Idlewild Ave.
Whitefish Bay, Wisconsin 53217-5968
Voice: 414-332-0138, Fax: 414-332-0015, Email: rhosig01@aol.com

**1.0  Areas of Expertise**

1.1  Energetic Materials (EM)      [Pyrotechnics, Explosives and Propellants (PEP)]
    1.1.1  Chemical formulation, testing and evaluation of EM.
    1.1.2  Chemical and spectroscopic analysis of EM.
    1.1.3  Deformulation of pyrotechnic compositions.
    1.1.4  Design and construction of equipment and development of technologies for the environmentally sensitive destruction of waste EMs and the decontamination/deconstruction/demolition of EM manufacturing and processing facilities.
    1.1.5  Safety and risk management associated with EMs (and other hazardous materials).

1.2  Pyrotechnics as fireworks
    1.2.1  Design and manufacture of display and consumer fireworks (US DOT 1.3G and 1.4G explosives, respectively).
    1.2.2  Field and laboratory testing and analysis of display and consumer fireworks and their components.
    1.2.3  Regulations, standards and codes pertaining to the manufacture, sale and use of display and consumer fireworks.
    1.2.4  Pyrotechnic operator of public displays of fireworks.

1.3  Investigation-Evaluation-Accident Reconstruction of accidents involving fireworks, other chemical explosions, and/or fire, physical explosions, and non-combusting hazardous materials.

1.4  Chemical engineering design and analysis involving combustion and/or other hazardous processes.

1.5  Expert witness in litigation and criminal cases.

**2.0  Relevant Experience**

2.1  Industrial/ U.S. Federal, State and Local Governmental Clients

Client/Consultancy Period/Area(s) of Expertise

| | | | | |
|---|---|---|---|---|
| 2.1.1 | Bartolotta's Fireworks Co., Inc. Genesee Depot, WI | 1974-present | | 1.1-1.3, 1.5 |
| 2.1.2 | Carpentersville Fireworks Co. Huntley, IL | 1969-71 | 1.1-1.2 | |

Client/Consultancy Period/Area(s) of Expertise

1

| | | | |
|---|---|---|---|
| 2.1.3   Lakeside Fusee Corporation<br>South Beloit, IL | 1980-1995 | | 1.1, 1.3 |
| 2.1.4   S.C. Johnson & Son, Inc.(Johnson Wax)<br>Racine, WI | 1987/88, 1994/95, 2001/02 | | 1.1 |
| 2.1.5   W.H. Brady Co.<br>Milwaukee, WI | 1987/88 | | 1.1, 1.4 |
| 2.1.6   Carlisle Gas Burner Corp.<br>Millville, NJ | 1985/86 | 1.4 | |
| 2.1.7   Milwaukee Fire Department<br>Safety Academy- Bureau of Instruction & Training<br>Milwaukee, WI | 1985-87 | 1.2 | |

   Seminars: Fireworks Training for Fire Department Personnel
       June 1985, May 1987

2.1.8    Wisconsin Fire Inspectors Conference                           1.2
Wausau, WI
   Seminar: Fireworks Training for Fire Inspectors
       October 1986

2.1.9    KTCA-TV, PBS program *"Newton's Apple"*
Minneapolis, MN                                            1.2
   Guest Expert: TV Program on Fireworks
       March 1988

2.1.10    Nicolet College
Lake Tomahawk, WI                                  1.2
   Seminar: Fireworks Training for Volunteer
       Fire Department Personnel
       May, 1988

2.1.11    American Scientific Glassblowers Society    1985-present        1.1, 1.3, 1.4
Seminar instructor at annual symposia:
Toronto, Canada (1985); Cincinnati, OH (1986); Boston, MA (1987);
Milwaukee, WI (1989); Albany, NY (1991); San Diego, CA (1993)
   Topics:
Combustion Chemistry and Engineering
Glass reactor design; heat and mass transfer considerations
and explosion hazards;
Fire and explosion hazards evaluation

*Note*: Dr. Schneider is a professional scientific glassblower, skilled in both bench and lathe work. He specializes in the design and construction of glass high vacuum systems. A separate résumé detailing Dr. Schneider's expertise in scientific glassblowing is available.

    2.1.12    National Broadcasting Co. (NBC), program *" Late Nite with David Letterman"*
New York, NY                                            1.2, 1.4
Guest Expert:
Fireworks segment, October 4, 1989
Combustion science segment, June 29, 1990

    2.1.13    U.S. Army Corps of Engineers
Engineer Research and Development Center-Construction Engineering Research Laboratory (USA
   ERDC-CERL), Champaign, IL     1986-present

1986-1991: Contract R&D efforts in the evaluation, assessment and disposal of asbestos containing building materials.

<u>Client/Consultancy Period/Area(s) of Expertise</u>

    2.1.13 continued

2

*Note:* A separate résumé detailing Dr. Schneider's expertise in asbestos is available.

May 1991-97: Contract R&D efforts in EM production wastes disposal.

Working as a chemical engineer/ explosives expert, Dr. Schneider was the principal technical investigator on a six year project in which alternatives to open burning/open detonation of waste PEP (pyrotechnics, explosives and propellants) were evaluated or designed and then developed for U.S. Army needs. He played the principal role in the design and development of a very high pressure waterjet cutting system for the pretreatment of energetic material production wastes. During this period in which he received two US Army awards for excellence, he collaborated with researchers at the Los Alamos National Laboratory (NM), Sandia National Laboratory (NM), Idaho National Engineering Laboratory (ID), Lonestar Army Ammunition Plant (TX), Radford Army Ammunition Plant (VA), Dugway Proving Ground (UT), Naval Research Laboratory (Washington, DC), USACERL, and several commercial firms.

October 1996-present: Contract R&D efforts in AAP building decontamination and destruction.

Fundamental research investigation of the adsorption of explosives on the asbestiform, chrysotile, and on other building materials, including wood. Evaluating and assessing and/or developing technologies for the qualitative and quantitative analysis of energetic material contamination in US Army Ammunition Plant (AAP) buildings. Developing technologies to safely raze obsolete AAP processing buildings, which are contaminated with asbestos containing building materials, lead-based paints and residual PEP. Dr. Schneider is currently working the tenth contract in this series awarded to Rho Sigma Associates.

Dr. Schneider's research and development efforts for the U.S. Army Corps of Engineers reflect the Corp's interest in technologies which are cost-effective and "green," that is, environmentally benign (minimizing energy expenditure and contamination, while employing "reduce-reuse-recycle" guidelines).

| | | |
|---|---|---|
| 2.1.14  Midwest Fireworks Mfg. Co., Inc  Deerfield, OH | 1994-1998 | 1.2, 1.3, 1.5 |
| 2.1.15  Zenith Specialties  Clinton, MO | 1995-present | 1.2, 1.3, 1.5 |
| 2.1.16  B.J. Alan Company  Youngstown, OH | 1996-present | 1.2, 1.3, 1.5 |
| 2.1.17  All Risk Claims Services, Inc.  Treasure Island, FL | 1988-present | 1.2, 1.3, 1.5 |
| 2.1.18  The Walt Disney Co. | 1999/2000 | 1.1-1.3, 1.5 |
| 2.1.19  Sunset Fireworks, Ltd.  Dittmer, MO | 2002-present | 1.1-1.3, 1.5 |
| 2.1.20  Pyro Products, Inc.  Dittmer, MO | 2002-present | 1.1-1.3, 1.5 |

2.1.21   The British Broadcasting Co./The Discovery Channel

The Discovery Channel documentary entitled "Fireworks-An Explosive Story." In this BBC production, prepared for the Discovery Channel, Dr. Schneider appears in several segments as an expert, providing demonstrations and explanations of pyrotechnic phenomena. The documentary was first broadcast on 02July 2001.

2.2    Law Firms                                                                                      1.1-1.3, 1.5

As of the date of this resume, Dr. Schneider has been retained as a technical consultant and expert witness in 341 lawsuits and 9 criminal cases. These cases have been venued in many states and in state and federal courts. He has been retained on behalf of nearly an equal number of plaintiffs and defendants.

2.3    Invited lecture-demonstrations / Guest speaker engagements

3

Since 1978, Dr. Schneider has presented many lecture-demonstrations on the physics, chemistry and engineering of fireworks. These invited presentations have been given primarily at universities and colleges in Wisconsin and Illinois to students and faculty, as colloquia, and to members of local chapters of the American Chemical Society. Dr. Schneider has been a frequent guest speaker at the annual American Pyrotechnics Association (APA) Meetings/Conventions, was an invited speaker at the 2003 APA Winter Education Conference, and was the banquet keynote speaker at the 2002 National Fireworks Association Expo.

2.4     Service on Technical Committees

2.4.1   As a pyrotechnics and blackpowder expert, selected to serve on the National Academy of Sciences (NAS), National Research Council technical committee on the "Tagging of Smokeless and Black Powders." Period of service: January-November 1998. The committee's efforts culminated in the publication of the report entitled "Black and Smokeless Powders-Technologies for Finding Bombs and the Bomb Makers," National Academy Press, Washington, D.C., 1998. Dr. Schneider continues his service to the NAS, reviewing manuscripts slated for publication by the National Academy Press.

2.4.2   Selected to serve on the Advisory Board of the National Council on Fireworks Safety. Period of service: October 1999 to present.

2.5     International Services

2.5.1   Philippines: As one of three instructors, provided the training in the chemistry and physics of fireworks, risk management, and industrial hygiene to 300+ attendees of the "Pyrotechnics Technology Improvement Training Seminar", Malolos, Bulacan, Philippines, 21-26June 1999.

2.5.2   Canada: Served as a member of a four man team organized and administered by the Canadian Explosives Research Laboratory, Nepean, Ontario, conducting a HAZOP study of specialized fireworks equipment for a prominent U.S. company. A non-disclosure agreement precludes disclosing the U.S. client or detailing the nature of the effort. A HAZOP, which stands for Hazards and Operability, refers to a formal evaluation of hazards associated with the use of equipment or processes, whereby hazards are identified and risks assessed. This HAZOP was performed during the period of May 1999-January2000.

2.5.3   Canada: Served as a conference co-chairperson and member of the proceedings technical committee for the Third, Fourth, Fifth, Sixth, and Seventh International Symposium on Fireworks (ISF), held respectively in Orlando, FL 16-20 September 1996, Halifax, Nova Scotia, 09-13 October 1998, Naples, Italy, 10-14 April 2000, Orlando, FL, 03-07December 2001, and Valencia, Spain, 06-10 October 2003. The Canadian Explosives Research Laboratory has had the principal role in organizing the first five international symposia. The 6th and 7th ISF were organized by the International Symposium on Fireworks Society, of which Dr. Schneider is the Vice Chairperson.

2.5.4   Italy: Served as one of seven judges for the 6th International Fireworks Competition in San Remo, Italy, held during the period of 01-13 July 2002. The contestants represented Japan, Portugal, Austria, Italy, Spain, and the USA.

**3.0    Relevant Education**

Ph.D.   Physical Inorganic Chemistry, Minors in Mechanical Engineering and Physics. University of Wisconsin-Milwaukee (UWM), 1982. Post-Doctoral research in catalysis at UWM, 1982-1983.

Well read in both Military and Civilian Pyrotechnics. Frequent practical, hands-on experience in working with pyrotechnic materials during the last 30+ years, which has included the design and construction of display and consumer fireworks.

Also well read in the areas of Explosives, Propellants, Combustion Science and Hazardous Materials Management. Completed several short courses on Fire and Explosion Hazards Evaluation presented by the

American Chemical Society and American Institute of Chemical Engineers. Considerable experience in the use of commercial high explosives. Five years industrial experience in working with drum quantities of flammable solvents and other hazardous materials. More than thirty years of practical laboratory experience in working with flammable and toxic gases, flammable liquids and solids and other hazardous materials.

**4.0   Society/Association Memberships**

    4.1   International Symposium on Fireworks Society
    4.2   International Pyrotechnics Society
    4.3   American Chemical Society
    4.4   National Fire Protection Association

**5.0   Military Experience**

Commissioned as an Ensign (O-1) through the U.S. Navy's Officer's Candidate School, Newport, RI, in 1971. Served on active duty as an Electronics Materials Officer and Navigator aboard a destroyer, homeported in Naples, Italy, 1971-1974. Released from active duty in 1974 and affiliated with the Naval Reserves. Captain Schneider (O-6) retired from the Naval Reserves on 01March 1998 with 27 years of service. He was last assigned to the reserve unit: NR CNO NO91 International Arms Cooperation 206, having performed his reserve duties in the Pentagon and Crystal City offices of the Chief of Naval Operations, Washington, DC. As an executive assistant to the Senior Naval Representative for International Arms Cooperation, CAPT Schneider reviewed and evaluated foreign military technologies involving energetic materials. He also collaborated with principal investigators at the Office of Naval Research, Arlington, VA. CAPT Schneider assisted in the organization and administration of three workshops on energetic materials, and reviewed and compiled for distribution the 6.1 (fundamental) research papers presented. The research results presented at these workshops dealt primarily with the synthesis and characterization of new molecular explosives, theoretical molecular modeling and calculations, and theories of detonics. CAPT Schneider also actively participated in related information exchange meetings with EM researchers at multiple locations in Great Britain and France. On annual active duty, he worked at the Naval Research Laboratory, doing single crystal x-ray crystallography of molecular explosives.

**6.0   Publications**

A list of publications can be provided upon request.

Revised: 05 January 2004
Printed: 10 February 2004

**PHYSICAL-CHEMICAL AND ENGINEERING CONSULTANTS SINCE 1974**
Pyrotechnics * Explosives * Propellants * Combustion Science and Technology * Asbestos *Electromagnetics
Static Electricity * Material Science * Heat transfer and Fluid Mechanics * Accident Investigation and Reconstruction
Scientific Demonstration Equipment Design and Construction * Expert Witnesses