UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL NO. 04-10004-PBS
                                )
ESSAM M. AL-MOHANDIS            )

DEFENDANT'S OPPOSITION TO "GOVERNMENT'S MOTION IN LIMINE
TO PRECLUDE USE OF CD VIDEO SEGMENTS PURPORTEDLY
DEPICTING DEFENDANT'S HOME IN SAUDI ARABIA"

Defendant hereby opposes the Government's Motion in Limine to Preclude Use of CD Video Segments Purportedly Depicting Defendant's Home in Saudi Arabia ("Government's Motion in Limine").

Undersigned counsel has no intention of playing any portion of this video in her opening statement, nor of referring to it any way. Undersigned counsel provided the video to the government as part of her reciprocal discovery obligations. The evidence is demonstrative evidence, which undersigned counsel anticipates will be relevant in the defense case. If and when she seeks to introduce it, she will first lay a proper foundation. Defendant submits that an order precluding use of the video, without first permitting counsel to lay a foundation at trial, is unjustified and unsupported by any legal authority.

Of course, any objection that the government may have at the time the tape is offered may be heard at that time.

ESSAM M. AL-MOHANDIS<br>
By his attorney,<br>
<br>
/s/ Miriam Conrad<br>
Miriam Conrad<br>
B.B.O. # 550223<br>
Federal Defender Office<br>
408 Atlantic Ave. 3rd Floor<br>
Boston, MA  02110<br>
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 19, 2004.

/s/ Miriam Conrad<br>
Miriam Conrad