UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM AL-MOHANDIS ) | |

## DEFENDANT'S WITNESS LIST

1. Roger Schneider of Whitefish Bay, WI

2. Trifha Al-Rayhan of Riyadh, Saudi Arabia

3. Mohammed Al-Hayan of Riyadh, Saudi Arabia

4. Ossama Abbass Abdelbadie of Riyadh, Saudi Arabia

5. Saud Al-Rayhan of Riyadh, Saudi Arabia

6. Hayla Al-Marzook of Riyadh, Saudi Arabia

7. Eskunder Boyd of Boston, MA

8. Perry Hamerla of Waltham, MA

9. Alex Fuentes of Waltham, MA

10. Michael Thompson or Keeper of the Records, Summerfield Suites, Waltham, MA

11. Andy Pevehouse, Boston, MA

Defendant reserves the right to supplement this list when and if the need arises.

                ESSAM AL-MOHANDIS
                By his attorney,

                Miriam Conrad
                  B.B.O. # 550223
                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02210
                Tel: 617-223-8061

CERTIFICATE OF SERVICE

   I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 19, 2004.

                                      Miriam Conrad