UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-10004-PBS |
| ESSAM AL-MOHANDIS | ) |

## LIST OF POTENTIAL DEFENSE EXHIBITS

1. Backpack
2. Artist's crayons and similar materials
3. Video of Al-Mohandis home
4. Photos of Al-Mohandis home
5. Records from the Wyndham Summerfield Suites Hotel in Waltham

Defendant reserves the right to supplement this list as necessary.

ESSAM AL-MOHANDIS
By his attorney,

Miriam Conrad
B.B.O. # 550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 19, 2004.

Miriam Conrad