```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | CRIMINAL NO. 04-10004-PBS |
| v.       ) | |
| ) | |
| ESSAM MOHAMMED ALMOHANDIS ) | |

### **GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST**

The government anticipates introducing some or all of the following exhibits in its case-in-chief in the above-captioned criminal matter. The government reserves the right to supplement this exhibit list, and anticipates supplementing this list with one or more photographs taken in and around the International Arrivals Hall At Logan International Airport:

1. Two pages from the passport issued by the Kingdom of Saudi Arabia in the name of Essam Mohammed Y. Almohandis, bearing a United States B-1 visa

2. Lufthansa Airlines ticket issued in the name of Essam Mohammed Almohandis for travel beginning January 3, 2004.

3. Customs Declaration, Customs Form 6059B, executed by Essam Moh'd Al-Mohandis on January 3, 2004.

4. 3 yellow cylindrical objects, each approximately 1.5 inches in length, bearing the alphanumeric designation "K0201."

5. I-94 Entry/Exit documents executed by Essam M. Almohandis on January 3, 2004.

```
6 through approximately 15.     Photographs of International
                                Arrival Hall, Logan Int'l.
                                Airport.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                           By:  /s/ Gregory Moffatt
                                GREGORY MOFFATT
                                BRIAN T. KELLY
                                Assistant U.S. Attorneys
February 20, 2004               (617) 748-3370
```

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic mail and hand delivery:

> Miriam Conrad, Esq.
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA 02210

This 20th day of February 2004.

```
                                /s/ Gregory Moffatt
                                GREGORY MOFFATT
                                Assistant U.S. Attorney
```

2