UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10004-PBS |
| | ) | |
| ESSAM AL-MOHANDIS | ) | |

### DEFENDANT'S MOTION FOR SEQUESTRATION

Defendant, Essam Al-Mohandis, moves that this Court, pursuant to Fed. R. Evid. 615, order that the witnesses be excluded from the courtroom so that they cannot hear the testimony of other witnesses, but asks that this court exempt two potential defense witnesses from the sequestration order.

First, defendant asks that Andy Pevehouse, the Federal Defense Office investigator assigned to this case, be allowed in the courtroom. Mr. Pevehouse is unlikely to testify in this case; if he does, his testimony is unlikely to relate to the same subject matter as that of other witnesses. His presentation is "essential to the presentation of" the case, see Fed. R. Evid. 614, as he may need to contact witnesses, check into their whereabouts, and investigate issues that arise during trial. .

Second, defendant requests that his expert witness, Roger Schneider, Ph.D., be exempted from the sequestration order so that he can assist undersigned counsel with preparing cross-examination regarding technical matters.  The Advisory Committee Notes to Rule 615 describe the exception for a person "whose

presence is shown . . . to be essential" to encompass "an expert needed to advise counsel in the management of the litigation."

Furthermore, there is "little if any reason to sequester a witness who is to testify in an expert capacity only and not to the facts of the case." <u>Morvant v. Construction Aggregates Corp</u>., 570 F.2d 626, 629 (6th Cir. 1978), cited with approval in <u>United States v. Lussier</u>, 929 F.2d 25, 30 (1st Cir. 1991).

Undersigned counsel does not object to a similar exception being made to allow one government expert to be present during testimony by the defense expert.

ESSAM AL-MOHANDIS<br>
By his attorney,<br>
<br>
/s/ Miriam Conrad<br>
<br>
Miriam Conrad<br>
B.B.O. # 550223<br>
Federal Defender Office<br>
408 Atlantic Ave., 3rd Floor<br>
Boston, MA  02110<br>
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 20, 2004.

/s/ Miriam Conrad

-2-