UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>ESSAM M. AL-MOHANDIS              ) | CRIMINAL NO. 04-10004-PBS |

DEFENDANT'S MOTION FOR
TRAVEL EXPENSES FOR
FOREIGN AND OUT-OF-STATE WITNESSES

Defendant, Essam M. Al-Mohandis, respectfully moves, pursuant to Fed. R. Crim. P. 17(b), that this court order the United States Marshal to provide airfare or other means of transportation and other travel expenses, including lodging and meals, for the following individuals to travel from Saudi Arabia:

1) Saoud Al-Rayhan, Date of Birth ("DOB") 3/6/54

2) Trifha Al-Rayhan, DOB 6/3/78

3) Musaid Al-Rayhan, DOB 9/6/54

4) Mohammed Al-Hayan, DOB 7/27/75

5) Osama Abbas, DOB 8/24/58

In addition, defendant moves that the Marshal be ordered to provide airfare and other travel expenses, including lodging and meals for defendant's expert witness, Roger Schneider, Ph.D.

As grounds for this motion, undersigned counsel submits that Trifha Al-Rayhan, Saoud Al-Rayhan, Mohammed Al-Hayan, Osama Abbas, and Dr. Schneider are all necessary defense witnesses in this case. See ex parte affidavit of counsel, previously filed separately under seal; Defendant's Expert Witness Disclosure.

Under Saudi law, women may not leave the country unless they are accompanied by a male member of their family. Therefore, it is necessary that Trifha Al-Rayhan's father, Musaid, be permitted to escort her.

Defendant has been found to be indigent in this matter. The potential witnesses all have stated a willingness to appear. A subpoena will be served on each after arrival.

ESSAM AL-MOHANDIS<br>
By his attorney,<br><br>
/s/ Miriam Conrad<br>
Miriam Conrad<br>
B.B.O. # 550223<br>
Federal Defender Office<br>
408 Atlantic Ave. 3rd Floor<br>
Boston, MA  02210<br>
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 20, 2004.

/s/ Miriam Conrad

-2-