UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-1004-PBS |
| ) | |
| ESSAM M. AL-MOHANDIS     ) | |

### DEFENDANT'S MOTION TO LIMIT THE NUMBER OF EXPERT WITNESSES

Defendant, Essam M. Al-Mohandis, respectfully moves that this court limit the number of expert witnesses from whom the government may elicit an opinion that the items in question are "incendiary devices" or consistent with such devices.

As grounds for this motion, defendant states that it appears from discovery to date that the government intends to elicit an opinion on this subject from three separate witnesses. It simply is impracticable for defendant, who has been found to be indigent, to locate and retain three separate witnesses to counter this evidence. The repetitive and cumulative testimony that the government has proffered therefore presents a danger of undue prejudice, see Fed. R. Evid. 403, in that the jury may simply take a head-count of the opinions offered and conclude that the majority rules. Furthermore, it should be excluded based on "considerations of undue delay, waste of time, [and]

needless presentation of cumulative evidence." Id.

ESSAM M. AL-MOHANDIS<br>
By his attorney,<br>
<br>
Miriam Conrad<br>
B.B.O. # 550223<br>
Federal Defender Office<br>
408 Atlantic Ave. 3rd Floor<br>
Boston, MA  02110<br>
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 20, 2004.

Miriam Conrad