UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )   CRIMINAL NO. 04-10004-PBS<br>)<br>ESSAM M. AL-MOHANDIS          ) | |

### DEFENDANT'S PROPOSED LIMITING INSTRUCTION

Defendant, Essam M. Al-Mohandis, requests the Court to give the court the following instruction regarding the airplane ticket admitted as government exhibit 2:

The ticket includes a pre-printed section labeled "Dangerous goods that lists certain items that "shall not be carried in or as passenger checked or carry-on baggage." The information set forth in that section should not be considered as a statement of the law applicable to this case, in any way. In fact, it should not be considered in any way in connection with Count One – the charge that Mr. Al-Mohandis knowingly had an incendiary device on or about his person while on an airplane.

ESSAM M. AL-MOHANDIS
By his attorney,

Miriam Conrad
   B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110

CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 24, 2004.

Miriam Conrad