UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10004-PBS |
| | ) |
| ESSAM ALMOHANDIS, | ) |
| Defendant. | ) |

**VERDICT**

Saris, U.S.D.J.

> Count I:
>
> __✓__ Not Guilty          _____ Guilty

> Count II:
>
> __✓__ Not Guilty          _____ Guilty

I certify that the answers to the above questions are unanimous.

Clinton R. Davis
JURY FOREPERSON

Dated: 2-27-04