# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES
v.
ESSAM MOHAMMED ALMOHANDIS

**WITNESS LIST**

CASE NUMBER: 04-CR-10004-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | GREG MOFFATT / BRIAN KELLY | MIRIAM CONRAD |
| TRIAL DATE(S) 2-23-04, 2-24, 2-25 | COURT REPORTER MARIE CLOONAN | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2-23-04 | | | PETER MAILLOUX - US CUSTOMS & BOARDER PROTECTION |
| 2 | | 2-24-04 | | | MICHAEL CUNNINGHAM - INSPECTOR, U.S. CUSTOMS |
| 3 | | 2-24-04 | | | MICHAEL MCCALL - SPECIAL AGENT - FBI |
| 4 | | 2-24-04 | | | TIMOTHY R. MURRAY - MASS STATE POLICE - TROOPER |
| 5 | | 2-24-04 | | | DANIEL HICKEY - FBI AGENT - FORENSIC CHEMIST |
| 6 | | 2-24-04 | | | THOMAS J. MOHNAN - FBI AGENT |
| | 1 | 2-24-04 | | | ESKUNDER BOYD |
| | 2 | 2-24-04 | | | ROGER LOUIS SCHNEIDER |
| | 3 | 2-25-04 | | | AUGUSTO DACUNHA |
| | 4 | 2-25-04 | | | MUHAMMAD SALEH AL-HYAYAN (BY VIDEOCONFERENCE FROM SAUDI ARABIA) |
| | 5 | 2-25-04 | | | TRAIFA MOUSAYD AL-RAHAN |
| | 6 | 2-25-04 | | | OSSAMA ABBAS ABDELBADIE |
| 7 | | 2-25-04 | | | MICHAEL MCCALL - REBUTTAL WITNESS |
| | 7 | 2-25-04 | | | EDWARD CRONIN - SUR REBUTTAL WITNESS |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages