# United States District Court

PAGE 1

DISTRICT OF __MASSACHUSETTS__

UNITED STATES
v.
ESSAM MOHAMMED ALMOHANDIS

EXHIBIT ▮▮▮▮ LIST

CASE NUMBER: 04-CR-10004-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | GREG MOFFATT / BRIAN KELLY | MIRIAM CONRAD |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2-23-04, 2-24, 2-25 | MARIE CLOONAN | ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 2-23-04 | ✓ | ✓ | PHOTOCOPY OF AIRLINE TICKET |
| 6 | | 2-23-04 | | ✓ | PHOTO OF PASSPORT CONTROL ROOM |
| 7 | | 2-23-04 | | ✓ | EXIT RE PASSENGER DECLARATIONS - PHOTO |
| 8 | | 2-23-04 | | ✓ | PHOTO OF BAGGAGE CONTROL AREA |
| 1 | | 2-23-04 | | ✓ | VISA ISSUED TO ESSAM ALMOHANDIS - PHOTO |
| 3 | | 2-23-04 | | ✓ | CUSTOMS DECLARATION DATED 1-3-04 |
| 5 | | 2-23-04 | | ✓ | I94 FORM - ESSAM ALMOHANDIS |
| 4 | | 2-23-04 | | ✓ | 3 RUDIO INCENDIARY DEVICES |
| | 1 | 2-23-04 | | ✓ | BLACK BACKPACK |
| 10 | | 2-24-04 | | ✓ | STIPULATION DATED 2-19-04 |
| 9 | | 2-24-04 | | ✓ | FD 395 FORM |
| | 2 | 2-24-04 | | ✓ | PHOTOGRAPH OF INTERVIEW ROOM |
| | 3 | 2-24-04 | | ✓ | BROCHURE - DNA ENGINE DYAD |
| | 4 | 2-24-04 | | ✓ | BROCHURE - BASE STATION - GENOTYPING |
| 11 | | 2-24-04 | | ✓ | PHOTOGRAPH OF EMERGENCY FIRE EXIT DOORS |
| 12 | | 2-24-04 | | ✓ | PHOTOGRAPH OF DOOR OPEN TO RAMP |
| 13 | | 2-24-04 | | ✓ | PHOTOGRAPH OF RAMP AREA |
| 14 | | 2-24-04 | | ✓ | PHOTOGRAPH OF BAG BELT AREA |
| | 5 | 2-24-04 | | ✓ | INTERNET PHOTOGRAPH OF MATCH CRACKERS |
| | 6 | 2-24-04 | ✓ | | WEBSTERS DICTIONARY DEFINITION OF: WICK |
| 15 | | 2-24-04 | | ✓ | PICTURE OF K0201 |
| | 7 | 2-24-04 | ✓ | ⊘ | WEBSTERS DICTIONARY DEFINITION OF: INCENDIARY DEVICE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

| | | UNITED STATES | vs. | ESSAM ALMOHANDIS | CASE NO. 04-CR-10004-PBS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | A | 2-25-04 | ✓ | | COPY OF E-MAIL FROM GREGORY MOFFATT TO A. PEVEHOUSE DATED 2-19-04 |
| | B | 2-25-04 | ✓ | | AFFIDAVIT OF HAYLA AL-MARZOOK |
| 9 | | 2-25-04 | | ✓ | DRAWING OF LAYOUT OF DEFENDANTS HOUSE |
| 10 | | 2-25-04 | | ✓ | VIDEO OF DEFENDANTS HOUSE |
| 11 | | 2-25-04 | | ✓ | ARTWORK OF TRAYFA MUSAID AL-RAHAN |
| 12 | | 2-25-04 | | ✓ | CRAYONS |
| 13 | | 2-25-04 | | ✓ | PHOTOGRAPH OF AIRPORT WAITING LINE |
| 14 | | 2-25-04 | | ✓ | PHOTOGRAPH OF AREA OF AIRPORT |