UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM M. AL-MOHANDIS   ) | |

### DEFENDANT'S SUPPLEMENTAL REQUESTS FOR JURY INSTRUCTIONS

Defendant, Essam M. Al-Mohandis, hereby submits the following supplemental requests for jury instructions.

ESSAM M. AL-MOHANDIS
By his attorney,

Miriam Conrad
B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
617-223-8061

### CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on February 25, 2004.

Miriam Conrad

<u>DEFENDANT'S SUPPLEMENTAL REQUEST NUMBER 1</u>

<u>AMBIGUOUS STATEMENT OR IMPLIED STATEMENT</u>

In order for the government to prove that Mr. Al-Mohandis made a false statement, it must prove that what he <u>said</u> was false. It is insufficient for the government to prove that his statement implied something that was not true. In addition, unless you find beyond a reasonable doubt that his statement was false under any objectively reasonable interpretation of the question, you must find him not guilty.

<u>United States v. Rowe</u>, 144 F.3d 15, 21 (1st Cir. 1998).
<u>United States v. Finucan</u>, 708 F.2d 838 (1st Cir. 1983) (reversing perjury conviction).

DEFENDANT'S SUPPLEMENTAL REQUEST NUMBER 2

Character of Defendant

You have heard evidence regarding Mr. Al-Mohandis' good character. Such evidence may indicate to you that it is improbable that a person of good character would commit the crimes charged, and therefore, cause you to have a reasonable doubt. You should consider this evidence along with all of the other evidence in the case in determining whether the government has proved Mr. Al-Mohandis' guilt beyond a reasonable doubt. Adapted from instruction given in United States v. Winter, 66 F.3d 1120, 1146 (1st Cir. 1981)