UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-10004-PBS |
| ESSAM ALMOHANDIS | ) |

## MOTION TO DISCHARGE SURETY BOND

Undersigned counsel respectfully moves this Court to order the bond in this case, secured by $50,000 posted by Yousef Al-Mohandis, to be discharged and the cash deposit to be returned to Mr. Al-Mohandis. As grounds for this motion, undersigned counsel states that defendant has been acquitted of both counts of the above-referenced indictment.

ESSAM AL-MOHANDIS
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
    B.B.O. # 550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt and Pretrial Services Officer Christopher Wylie by delivery on March 1, 2004.

/s/ Miriam Conrad

Miriam Conrad