UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ESSAM MOHAMMED ALMOHANDIS

CRIMINAL ACTION
NO.  04-10004-PBS

**JUDGMENT OF ACQUITTAL**

    The Defendant was found not guilty on February 27, 2004.  IT IS ORDERED that the Defendant is acquitted on all counts in the Indictment, discharged, and any bond exonerated.

    /s/ Patti B. Saris
Signature of Judicial Officer

The Honorable Patti B. Saris
Judge, United States District Court
Name and Title of Judicial Officer

    3/3/04
Date