UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 2-12-04
By ____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM AL-MOHANDIS ) | |

## DEFENDANT'S MOTION FOR JURY QUESTIONNAIRE AND/OR INDIVIDUAL VOIR DIRE

Defendant, Essam Al-Mohandis, respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that this court issue an order regarding jury selection procedures in this case, including: 1) use of a jury questionnaire, attached as Exhibit A and/or 2) individual questioning of prospective jurors.

As grounds for this motion, defendant states that extra steps are necessary to ensure that the jury in this case is unbiased. See generally Mu'Min v. Virginia, 111 S.Ct. 1899 (1991); Rosales-Lopez v. United States, 451 U.S. 182 (1981). Defendant cites as reasons the following:

1. Defendant is a Saudi Arabian citizen charged with possessing an incendiary device on an airplane and with making false statements to a Customs official.

2. Unfortunately, there is a great deal of bias against Arabic people, especially since the events of September 11, 2001. The combination of this bias with the allegation that the defendant possessed an incendiary device on an airplane raises the specter of an atmosphere of bias and fear surrounding this

case, despite the absence of any evidence of terrorist ties.

Past experience with questionnaires and/or individual voir dire indicates that jurors are more likely to be open about their feelings and opinions if they are permitted to respond in writing or questioned in private. The First Circuit has taken note of the "unfashionable assumptions and reactions of jurors," saying that parties must consider "how real jurors might react--not necessarily politically correct ones." See Matthews v. Rakiey, 54 F.3d 908, 914 n.3, (1st Cir. 1995). This suggests the importance of probing those "unfashionable" reactions.

                                        ESSAM AL-MOHANDIS
                                        By his attorney,

                                        Miriam Conrad
                                            B.B.O. #550223
                                        Federal Defender Office
                                        408 Atlantic Ave. 3rd Floor
                                        Boston, MA   02210
                                        Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Gregoery Moffatt by delivery on February 12, 2004.

                                                            Miriam Conrad

Juror Number _____

## General Instructions for Completing Questionnaire

This questionnaire is being used to assist in jury selection in the case of <u>United States of America v. Essam Al-Mohandis</u>. Please answer all questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. If you have any difficulty answering any of these questions, do not hesitate to consult the Court before answering that particular question. Please keep in mind that you are answering these questions under oath and must be truthful.

Name: _____

### Introduction

The defendant in this case, Essam Al-Mohandis, is charged with possessing an incendiary device on an airplane and with making false statements. He is <u>not</u> charged with using or attempting to use the alleged incendiary device in any way. This case does not involve any allegations of terrorist activity.

1. Do you have any reaction to or opinion regarding the allegations that causes you to doubt your ability to be unfair or impartial in this case?

    \_\_\_\_ Yes    \_\_\_\_ No

2. Do you think that the fact that this case involves an allegation that someone possessed an incendiary device on an airplane will make it difficult for you to evaluate the evidence

fairly and impartially for any reason?

___ Yes   ___ No

3. How often have you traveled on a commercial airline in the last 12 months? _____

4. Do you have any opinions or feelings about air safety that might cause you to be unfair or prevent you from being impartial in this case?

___ Yes   ___ No

5. Has anything you have heard, read, or seen regarding air travel or air safety affected you in any way that would prevent you from deciding this case solely upon the evidence produced at trial?

___ Yes   ___ No

6. Mr. Al-Mohandis is a citizen of Saudi Arabia. You have no legal obligation to like or feel comfortable with an Arabic person but you do have an obligation to tell the court your feelings candidly and accurately.

A. Do you have any feelings or opinions about Arabic people that would cause you to question your ability to be impartial in evaluating the evidence in this case?

___ Yes   ___ No

B. Do you believe that Arabic men are more likely than members of other ethnic groups to commit crimes?

___ Yes   ___ No

C.  Do you think that Arabic people are less truthful or trustworthy than members of other ethnic groups?

____ Yes ____ No

D.  Would you be less inclined to believe an Arabic witness than a witness who belonged to a different ethnic group or race?

____ Yes ____ No

The answers I have given are true and correct to the best of my knowledge.

_____
Juror Signature