UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 2-12-04
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10004-PBS |
| ) | |
| ESSAM AL-MOHANDIS ) | |

DEFENDANT'S REQUESTED
VOIR DIRE OF PROSPECTIVE JURORS

Defendant, Essam Al-Mohandis, respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that this Court ask the following questions of prospective jurors. As part of the examination, defendant requests that the Court also have the jurors complete a questionnaire or, in the alternative, that the court conduct a brief individualized examination of the prospective jurors on the question of their attitudes toward Arab Americans and air safety, see Part VI, infra.

   1.   The government is represented by Attorney Gregory Moffatt.  Do you know Mr. Moffatt?

   2.   Mr. Al-Mohandis is represented by Miriam Conrad.  Do you know Ms. Conrad?

   3.   The defendant is Essam Al-Mohandis.  Do you know Mr. Al-Mohandis?

   4.   Mr. Al-Mohandis is charged with having an incendiary device on or about his person while on an airplane, and with making false statements to an employee of the U.S. Customs and

Border Protection? Is there anything about these charges that makes you question your ability to be fair and impartial in evaluating the evidence?

5. Mr. Al-Mohandis was arrested on January 3, 2004, at Logan Airport. Have you heard, read, or seen anything about these charges?

6. Have you or any of your relatives or close friends worked for a law enforcement agency, including any police department, sheriff's department, prison or jail, district attorney's office, attorney general's office, or other prosecutor's office, security agency or victim service organization?

7. Have you or any members of your family ever worked as a private investigator or security guard? If so, did the work include making arrests?

8. An indictment is just a formal way for the government to bring these allegations before the court. It is not to be considered by you as evidence of guilt. Do you have any opinions as to the guilt or innocence of the defendant based on the mere fact that he is named in this indictment?

9. Mr. Al-Mohandis is presumed innocent unless the government proves to each member of the jury that he is guilty, beyond a reasonable doubt. If the government fails to convince each juror beyond a reasonable doubt of each of the elements of

the offense charged, Mr. Al-Mohandis must be found not guilty. Do you question or doubt in any way your ability to accept the presumption of innocence? Do you question or doubt in any way your ability to hold the government to its burden of proof? Would you have any hesitation in acquitting Mr. Al-Mohandis if you were not persuaded beyond a reasonable doubt by the government's case?

10. The presumption of innocence means that the defendant does not have to prove his innocence. He is not required to testify, or to call any witnesses. The fact that he does not testify, or does not present witnesses, may not be held against him. If Mr. Al-Mohandis does not testify, or does not present any witnesses, would you hold that against him in any way? Do you think that a person who is not guilty should testify or should present witnesses to prove his innocence?

11. Have you heard or read anything, or do you have any opinions about crime or about law enforcement, that would affect your ability to evaluate the evidence fairly and impartially in this case?

12. Have any newspaper articles, television reports, or media coverage about crime, shootings, violence, or firearms affected you in a way which would make it difficult for you to fairly and impartially decide this case solely upon the evidence produced at trial?

13. Have you served on a jury before? [If prospective juror answers yes, follow up with the following questions:

   a. Was it a jury in a criminal or civil case?

   b. (If the prior service was in a criminal case) Did you reach a verdict?

   c. (If the prior service was in a criminal case) Was there anything about your prior service that you intend to apply or will apply to your present service, if you are chosen to sit on this jury?

   d. (If the prior service was in a criminal case) What in your prior service would you apply to the present case, if you are chosen?

   e. (If the prior service was in a civil case) Do you realize that there is a higher standard of proof in criminal cases?

   f. (If the prior service was in a civil case) Was there anything about your prior service that you intend to apply or will apply to your present service, if you are chosen?]

14. Have you or anyone close to you ever been involved in a criminal court proceeding in any way, whether as a defendant or a witness?

15. Would you tend to believe a law enforcement officer's testimony simply because of the witness' official position?

16. Do you have any sympathies with law enforcement

officials which would make it difficult for you to be completely neutral in deciding whether the testimony of law enforcement personnel is truthful and worthy of belief?

17. Have you, any member of your immediate family, or any close friend, been a victim of any crime? [If yes, follow up individually with the following:

    a.  Did the crime involve the use of a gun?

    b.  What was the crime?

    c.  Do you think that experience might affect your ability to decide this case fairly and impartially?]

18. Do you have any physical or emotional disability that might interfere with your ability to serve?

19. Are you taking any medication which in any way would interfere with your ability to give your full attention to the trial?

20. Do you know of any reason why you might not be able to evaluate the evidence in this case fairly and objectively? Do you know of any reason why it would be inappropriate or difficult for you to be a juror in this case?

[Defendant submits that the Court should make individualized inquiry of the remaining prospective jurors on the sensitive subject of their attitudes toward Arabs and air safety. Defendant has submitted a proposed jury questionnaire. If, however, the court decides not to use the questionnaire,

defendant requests that the following questions be asked individually. It is critical to ensure selection of jurors who can objectively evaluate the evidence and who will not view the case as a referendum on guns generally.]

Defendant submits that the Court should make the following individualized inquiry of the jurors:

1. Do you have any attitudes toward persons who are from Arabic countries or of Arabic descent that could influence you in deciding this case? Do you believe that Arabs are more likely to commit crimes than persons of other races or ethnic groups? Do you believe that Arabs are less truthful than members of other ethnic groups?

2. As I stated before, Mr. Al-Mohandis is charged with having an incendiary device on an airplane. He is <u>not</u> charged with using or attempting to use the alleged incendiary device in any way. This case does not involve any allegations of terrorist activity. Do you nevertheless feel that you could not evaluate the evidence in this case fairly and impartially?

3. Do you have any opinions about air safety that might make it difficult for you to be impartial in this case?

4. Has anything you have heard, read, or seen regarding air safety affected you in any way that would make it difficult for you to decide this case solely upon the evidence produced at trial?

ESSAM AL-MOHANDIS
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
   B.B.O. #550223
      Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Gregory Moffatt by delivery on February 12, 2004.

/s/ Miriam Conrad